UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

-----------------------------------------------------------------------x
ANDRE BATTLE, on behalf of himself and all others similarly situated,

Civil Action No: 1:26-cv-03057

Plaintiff,

-v.-

Dime Beauty Co. LLC

Defendants.
-----------------------------------------------------------------------x

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: August 18, 2026

Respectfully Submitted,

*/s/Uri Horowitz*

Uri Horowitz, Esq.
**Horowitz Law, PLLC**
144-41 70th Road
Flushing, NY 11367
uri@horowitzlawpllc.com
Tel. 718-705-8700
Fax 718-705-8705
*Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record. I also emailed this Notice to all parties who have not made an appearance in this case.

This 18th day of August, 2026

Respectfully Submitted,

*/s/ Uri Horowitz*
Uri Horowitz